United States Court of Appeals
Fifth Circuit

**F I L E D**

June 19, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-21077
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS ANDRES CARDONA HENAO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-256-1
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jesus Andres Cardona Henao appeals the sentence that he
received after he pleaded guilty to possessing and importing more
than 100 grams of heroin with intent to distribute.  Henao argues
that the district court failed to make the requisite findings
when it attributed a co-defendant's quantity of heroin to him as
reasonably foreseeable.  The district court's finding that the
heroin was reasonably foreseeable to Henao is not clearly
erroneous as it is plausible in light of the record as a whole.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See <u>United States v. Cooper</u>, 274 F.3d 230, 241 (5th Cir. 2001);

U.S.S.G. § 1B1.3(a)(1)(B).

AFFIRMED.